# HOWARD L. BLAU
## ATTORNEY AT LAW

**MEMO ENDORSED**

DEC - 2007

222 EAST 48TH STREET
NEW YORK, NY 10017
TEL. 212-514-6800
FAX. 212-514-6801
HOWARD@HOWARDBLAU.COM

December 3, 2007

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas, Room 533
White Plains, NY 10601

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

Re: <u>Lennon v. Nokia, Inc.</u>
    07 CV 343

Dear Judge Karas:

According to the Case Management Plan that was created for this case in March by Judge Stephen Robinson, all depositions are to be completed by December 14, 2007 and all interrogatories are to be finalized by December 31, 2007. However, I respectfully request that the court adjourn the dates set forth above by 90 days to allow both sides to complete these requirements.

Thank you for your courtesies.

Very Truly Yours,

Howard L. Blau

cc: Orit Goldring

*Denied without prejudice to re-submit the request with a fuller explanation.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/6/07